IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ESPN REGIONAL TELEVISION, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05cv255 |
| | ) | |
| v. | ) | |
| | ) | |
| CONAGRA BRANDS, | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by July 11, 2005, file their Report of Parties' Planning Conference.

DATED June 21, 2005.

/s/ David L. Piester
United States Magistrate Judge