IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ESPN REGIONAL TELEVISION, INC. and TRANS WORLD INTERNATIONAL, INC., | ) ) ) ) | CASE NO. 8:05CV255 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| CONAGRA BRANDS, INC., | ) ) | |
| Defendant. | ) | |

The Plaintiff's Unopposed Motion for Extension of Time to File Report of Parties Planning Conference, filing 11, is granted. The parties shall have until August 12, 2005 in order to meet and confer and submit their Report of Parties Planning Conference.

Dated this 7th day of July 2005.

By the Court:

s/ *David L. Piester*
United States Magistrate Judge