IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESPN REGIONAL TELEVISION, and TRANS WORLD INTERNATIONAL, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>)       8:05CV255<br>) |
| v. | )<br>)       ORDER |
| CONAGRA BRANDS, INC., | )<br>) |
| Defendant. | ) |

IT IS ORDERED:

Defendant's motion for time, filing 14, is granted and the deadline for filing the Rule 26 report of parties' planning conference is extended to August 19, 2005.

DATED this 11th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge