IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ESPN REGIONAL TELEVISION, and TRANS WORLD INTERNATIONAL, | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV255 |
| v. | ) ) | |
| CONAGRA BRANDS, | ) ) | ORDER |
| Defendant. | ) ) | |

　　　The parties have jointly moved (by separate letter requests) for a sixty-day continuance of the mediation report deadline established under paragraph 1 of the court's filing 17 scheduling order.

　　　IT THEREFORE HEREBY IS ORDERED:

1. The parties' request for a continuance is granted.

2. The parties are given until January 6, 2006 to submit their further reports on mediation as required under paragraph 1 of the court's filing 17 scheduling order.

　　　DATED this 2nd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge