IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ESPN REGIONAL TELEVISION,      )
INC., and TRANS WORLD          )
INTERNATIONAL, INC.,           )
                               )              8:05CV255
            Plaintiffs,        )
                               )
        v.                     )
                               )              ORDER
CONAGRA BRANDS, INC.,          )
                               )
            Defendant.         )

_____

        IT IS ORDERED:

        The parties' joint motion for extension of deadlines, filing
24, is granted as follows:

        a.   Any motion to amend pleadings and/or add parties shall
be filed not later than sixty days following the filing of this
order.

        b.   The telephone conference with the undersigned magistrate
judge for the purpose of reviewing the preparation of the case to
date and the scheduling of the case to trial is continued from
December 19, 2005 to February 15, 2006 at 9:00 a.m.  Plaintiff's
counsel shall initiate the call.

        c.   Trial is tentatively set for the month of October, 2006,
and is tentatively scheduled for 10 trial days.

        DATED this 14th day of December, 2005.

                            BY THE COURT:

                            s/ *David L. Piester*
                            David L. Piester
                            United States Magistrate Judge