IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ESPN REGIONAL TELEVISION, INC. and TRANS WORLD INTERNATIONAL, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV255 |
| v. | ) ) | ORDER |
| CONAGRA BRANDS, INC., | ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' joint motion for extension of deadlines, filing 26, is granted as follows:

1.  The deadline for adding parties and/or amending pleadings is extended to March 1, 2006.

2.  The telephone conference with the undersigned magistrate judge for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial is continued from February 15 to March 15, 2006 at **8:30** a.m.  Plaintiff's counsel shall initiate the call.  Prior to the conference the parties shall complete the matters set forth in Paragraph 9(a) - (f) of the initial scheduling order.

DATED this 30th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge