```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ESPN REGIONAL TELEVISION, INC., and TRANS WORLD INTERNATIONAL, INC., | ) ) ) ) | |
| | ) | 8:05CV255 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| CONAGRA BRANDS, INC., | ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' joint motion to extend deadlines, filing 28, is granted and the following deadlines are extended:

1. Adding Parties and/or Amending Pleadings shall be completed not later than 30 days from the filing of this order;

2. The telephone Planning Conference is continued to April 14, 2006 at 9:30 a.m., and prior to said conference the parties shall complete the matters set forth in Paragraph 9(a) – (f) of the Scheduling Order.

DATED this 14th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge